UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

OMAIRA MUNOZ,

     Plaintiff,

    v.

LASALLE BANK, N.A.; ARGENT SECURITIES INC, AMERIQUEST MORTGAGE COMPANY; DEUTSCH BANK NATIONAL TRUST COMPANY; ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2003-W5; and DOES 1 through 00, Inclusive,

     Defendants.

_____/

NO. CIV. S-09-0454 FCD GGH PS

----oo0oo----

This matter is before the court on plaintiff Omaira Munoz's ("Munoz") application for a Temporary Restraining Order ("TRO"), seeking to prohibit defendants from transferring any interest in the property at issue or otherwise disposing of the property at issue in the ordinary course of business.  (Application for TRO,

filed Feb. 17, 2009, at 1). In support of her application for a TRO, plaintiff submits defendant LaSalle Bank, N.A.'s application for Writ of Possession, the Sheriff's Notice to Vacate, and her Complaint.

Plaintiff alleges in her complaint that she purchased the property located at 3861 Kelley Mist Ln, Tracy, CA 95377, on or about January 2006. (Compl., filed Feb. 17, 2008, ¶ 11.) When she purchased the property, plaintiff took out a loan in the amount of $634,950 from defendants; she subsequently defaulted on the loan. (Id.)

On or around September 2008, LaSalle Bank, N.A., purchased the property at a Trustee's Sale. (Id. ¶ 12.) On December 8, 2008, the San Joaquin County Superior Court granted LaSalle Bank, N.A.'s motion for summary judgment, holding that "title to the Property has been duly perfected in the name of [LaSalle Bank, N.A.], by virtue of a Trustee's Deed Upon Sale, recorded in the Official Records for the County of San Joaquin."[1] (Order at 1-2.) The court also noted that Munoz was served with a Notice to Quit the property. As such, it ordered that LaSalle Bank, N.A. recover from Munoz the restitution and possession of the property, and stated that a "Writ of Possession for the Property shall be issued forthwith." (Id. at 2.) That same day, the San Joaquin Superior Court issued a Judgment, ordering the clerk to

---

[1] The court takes judicial notice of an Order Granting Summary Judgment ("Order") in favor of LaSalle Bank, N.A., and against Munoz entered in the Superior Court of California, County of San Joaquin on December 8, 2009. [Docket #7.] The court also takes judicial notice of the Judgment ("Judgment") entered that same day. [Docket #7.]

1  issue a Writ of Possession "directing the sheriff to take all
2  legal steps necessary to remove" Munoz from the premises.
3       The standard for issuing a temporary restraining order is
4  the same as the standard for issuing a preliminary injunction.
5  See <u>Stuhlbarg Int'l Sales Co. v. John D. Brush & Co., Inc.</u>, 240
6  F.3d 832, 839-40 & n.7 (9th Cir. 2001).  To qualify for a
7  restraining order, the moving party must show (1) a probability
8  of success on the merits, and (2) the likelihood of irreparable
9  injury should the restraining order not issue.  See <u>id.</u>  These
10 factors represent two points on a sliding scale, such that "the
11 greater the relative hardship to the moving party, the less
12 probability of success must be shown."  <u>Sun Microsystems, Inc. v.</u>
13 <u>Microsoft Corp.</u>, 188 F.3d 1115, 1119 (9th Cir. 1999) (citation
14 omitted).
15      Based upon the record before it, the court cannot find that
16 plaintiff has a right to possess the property at issue in this
17 case, and thus to the relief sought by the temporary restraining
18 order.  Rather, the San Joaquin Superior Court directed the
19 sheriff to take the action plaintiff seeks to prevent by this
20 restraining order.  Furthermore, plaintiff has failed to present
21 any evidence to support a likelihood of success on the merits of
22 her claims.
23      As such, plaintiff Munoz's application for a Temporary
24 Restraining Order is DENIED.
25      IT IS SO ORDERED.
26 DATED: February 17, 2009
27
28                              _____
                                FRANK C. DAMRELL, JR.
                                United States District Judge